MICHAEL S. CUNNINGHAM (SBN: 272969)
michael@michaelcunninghamlaw.com
Cunningham Law, APC
750 B Street, Suite 2840
San Diego, California 92101
Telephone: (619) 349-4747
Facsimile: (858) 366-4158

Attorneys for Plaintiff NICHOLAS BARRETTE

VORYS, SATER, SEYMOUR AND PEASE LLP
CHARLES E. COHEN (Ohio Bar No: 0101314)*
cecohen@vorys.com
4675 MacArthur Court, Suite 700
New Port Beach, CA 92660
Telephone: (949) 526-7906
Facsimile: (949) 383-2738

*Admitted *pro hac vice*

Attorney for Defendant BIG LOTS STORES, LLC

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS BARRETTE, an individual;<br><br>   Plaintiff,<br><br>vs.<br><br>BIG LOTS STORES, INC.; and DOES 1 through 50, inclusive,<br><br>   Defendants. | CASE NO. 2:22-CV-00315-MCE-JDP<br><br>**ORDER**<br><br>(Complaint filed in Superior Court for the County of El Dorado, Case No. 21CV0328) |

1. This matter comes before the Court on the Parties' Stipulation of Dismissal. **IT IS HEREBY ORDERED** that Plaintiff's claims are DISMISSED, in their entirety, WITH PREJUDICE. Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action. The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

DATED: August 15, 2022

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE